UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| LARRY G. PHILPOT | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:14-cv-01977-JMS-DML |
| vs. | ) |
| | ) |
| GRAY TELEVISION GROUP, INC | ) |
| | ) |
| Defendant. | ) |

FILED JAN 08 2015 U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA

## AFFIDAVIT OF LARRY PHILPOT IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS AND ALTERNATIVELY TRANSFER

I, Larry G. Philpot, being duly sworn upon my oath, declare that the following facts are true to the best of my knowledge, information and belief, under penalty of perjury.

1. I ("Philpot") am a professional full time Photographer which is the named Plaintiff in the above-captioned lawsuit.

2. Photography is my sole source of earnings with which to support my family.

3. Defendant GRAY used my photograph of entertainer Willie Nelson, which is registered with the United States Copyright Office in an advertisement. The registration certificate is kept at my home in Indianapolis.

4. I have every right, and a responsibility to enforce my copyrights of my own work.

5. Philpot has been and remains the sole copyright holder, and licenses his work to major publications.

6. Philpot has filed suits against media companies who use my work without permission for commercial purposes, and refuse to pay anything for the use of my own work.

7. Philpot has screenshots of targeted advertisements of the Defendant GRAY, directed at an Indiana Resident.

8. Philpot is a resident of the District, and was harmed by the actions of the Defendant, GRAY Television Group.

Respectfully submitted,

_____
Larry G. Philpot (Pro Se)

8125 Halyard Way, 1st Floor
Indianapolis, IN 46236
317-567-1338
Larry@behindthemusic.net