UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LARRY G. PHILPOT, ) | |
| ) | Case No. 3:15-cv-00145 JD-CAN |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GRAY TELEVISION, INC., ) | Judge Jon E. DeGuilio |
| ) | Magistrate Judge Christopher A. |
| Defendant. ) | Nuechterlein |
| ) | |
| GRAY TELEVISION GROUP, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MULTIMEDIA GRAPHIC NETWORK, ) | |
| INC. d/b/a MGN Online, ) | |
| ) | |
| Third-Party Defendant. ) | |

## NOTICE OF MOTION

TO: ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that, on November 25, 2015, Gray Television Group, Inc. filed its Unopposed Motion for Entry of Agreed Protective Order, a copy of which is hereby served upon you. As set forth in Local Rule 7.1, any party in opposition to such motion has fourteen (14) days after service to file an objection.

GRAY TELEVISION GROUP, INC.

By:   /s/ Robert J. Labate
           One of Its Attorneys

Michael P. O'Neil
Taft Stettinius & Hollister LLP

1

One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Tel:  (317) 713-3500
Fax:  (317) 713-3699

Charles D. Tobin
Richard A. Bixter, Jr.
Robert J. Labate
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Floor
Chicago, Illinois 60603
Telephone: (312) 263-3600
Fax:  (312) 578-6666

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LARRY G. PHILPOT, ) | |
| ) | Case No. 3:15-cv-00145 JD-CAN |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GRAY TELEVISION, INC., ) | Judge Jon E. DeGuilio |
| ) | Magistrate Judge Christopher A. |
| Defendant. ) | Nuechterlein |
| ) | |
| GRAY TELEVISION GROUP, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MULTIMEDIA GRAPHIC NETWORK, ) | |
| INC. d/b/a MGN Online, ) | |
| ) | |
| Third-Party Defendant. ) | |

**UNOPPOSED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

NOW COMES Defendant, Gray Television Group, Inc. ("**Defendant**"), and files this Unopposed Motion, pursuant to Federal Rule of Civil Procedure 26(c), for entry of an Agreed Protective Order signed by counsel for Defendant, Larry G. Philpot and Multimedia Graphic Network, Inc. (the "**Parties**") to protect against the dissemination of confidential materials and information in the above-captioned case. In support thereof, Gray respectfully states:

1. The Parties regard certain information to be exchanged during discovery to be confidential, sensitive, or otherwise to be protected from public dissemination, and

therefore request this Court enter the attached agreed protective order (**Exhibit 1**) setting forth the procedure for the use and limited dissemination of confidential information and materials.

WHEREFORE, Gray Television Group, Inc. requests that this Court enter the attached agreed protective order, and grant any other relief the Court deems necessary and proper.

DATE:   November 25, 2015  Respectfully submitted,

GRAY TELEVISION GROUP, INC.

By:    /s/ Robert J. Labate
         One of Its Attorneys

Michael P. O'Neil
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Tel:  (317) 713-3500
Fax:  (317) 713-3699

Charles D. Tobin
Richard A. Bixter, Jr.
Robert J. Labate
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Floor
Chicago, Illinois 60603
Telephone: (312) 263-3600
Fax:  (312) 578-6666

## **CERTIFICATE OF SERVICE**

I, an attorney, certify under penalty of perjury that on November 25, 2015 a copy of the foregoing Gray Television Group, Inc.'s Motion to Extend Discovery Deadlines was served upon all counsel of record consenting to service through this Courts CM/ECF system:

**Jacob R Cox**
Cox Law Office
1606 N Delaware St
Indianapolis, IN 46202

**Robert S Meitus**
**Matthew J. Clark**
Meitus Gelbert Rose LLP
47 S Meridian St Ste 400
Indianapolis, IN 46204
317-464-5366
Fax: 317-464-5111

/s/ Richard A. Bixter, Jr.